UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS COOK, | ) | CASE NO. SA CV 11-1081-GHK (PJW) |
| Petitioner, | ) ) | |
| v. | ) ) | J U D G M E N T |
| T. GONZALEZ, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 8/21/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\COOK, C 1081\Judgment.wpd